UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                           Case No. 98X73486
                                Hon. Gerald E. Rosen



**FAWZI MUSTAPHA ASSI, and
MUSTAPHA ASSI, as surety,**

    Defendant.

| JACQUELINE M. HOTZ (P35219) | JEFFREY D. PEPPER (P27945) |
|---|---|
| Assistant U.S. Attorney | Attorney for Surety Defendant, |
| 211 W. Fort Street, Ste. 2001 |   MUSTAPHA ASSI |
| Detroit, MI 48226 | 24234 Michigan Avenue |
| (313) 226-9108 | Dearborn, MI 48124 |
| | (313) 561-5566 |

### ORDER FOR DISMISSAL WITH PREJUDICE

At a session of said Court, held in the
U. S. Courthouse, City of Detroit, Michigan,
on    MAR 5 – 1999

PRESENT:     **GERALD E. ROSEN**
                        U.S. DISTRICT COURT JUDGE

As is evidenced by the signatures of counsel for the parties appearing below, they

stipulate to dismissal of this case as to Mustapha Assi, a/k/a Mustapha M. Assi, a/k/a Mustapha Mahmoud Assi, and that said dismissal be with prejudice and without costs to either party.

**IT IS SO ORDERED.**

_____
U. S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

_____
JACQUELINE M. HOTZ (P35219)
Assistant U.S. Attorney

_____
JEFFREY D. PEPPER (P27945)
Attorney for Defendant Mustapha Assi

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 98X73486 |
| v. | ) | Honorable GERALD E. ROSEN |
| FAWZI MUSTAPHA ASSI, and MUSTAPHA ASSI, as surety, | ) | |
| Defendant. | ) | |

**SETTLEMENT AGREEMENT**

SEE ATTACHED

## SETTLEMENT AGREEMENT

AGREEMENT entered into this  *10TH* day of February, 1999, between the Untied States of America and Mustapha Assi, a/k/a Mustapha M. Assi, a/k/a Mustapha Mahmoud Assi (hereinafter: Assi).

1. Assi acted as surety on a bond set for the release of his son, Fawzi, in connection with criminal proceedings pending in the United States District Court, Eastern District, Southern Division, under the name and style, **United States of America vs. Fawzi Mustapha Assi,** Case No. 98-80695. A copy of the Order Setting Conditions of Release, as well as a copy of Agreement to Forfeit Property are attached.

2. Fawzi defaulted on the conditions of the referred Order.

3. In **USA vs. Fawzi Assi, et al,** United States District Court Case No. 98X73486, the United States filed a Motion for Judgment on Forfeiture of Property, to wit: 7437 Pinehurst, Dearborn, Michigan, being Lot 661, Robert Oakman Land Companies Aviation Field Subdivision No. 1, as recorded in Liber 44, Page 5 of plats.

4. The parties have settled the litigation, and the agreement is as follows:

   a) Mustapha Assi, a/k/a Mustapha M. Assi, a/k/a Mustapha Mahmoud Assi, shall pay to the United States of America the sum of Twenty-Five Thousand ($25,000.00) Dollars forthwith. Additionally, real property owned by he and his

wife, Halime, located at 7706 Middlepointe, Dearborn, legally described as: Lot 500, Robert Oakman Land Companies Aviation Field Subdivision No. 1, as recorded in Liber 44, Page 5 of Plats, Wayne County Records, shall be immediately sold and all net proceeds, whatever they shall be, shall be paid to the United States of America. There is currently a purchase agreement regarding this property, and a copy of the same is attached hereto.

b) Upon payment of said sums, Assi shall be released and forever discharged of any claim or demand by, or liability to, the United States of America in connection with his participation as surety in connection with Fawzi's bond, said sums being paid in full satisfaction of any and all obligations thereunder.

c) The United States of America shall execute, in favor of Assi, appropriate releases, satisfactions, discharges, or whatever other document which may be required to eliminate any lien, encumbrance or cloud against title to real property owned by Assi and/or Assi and his wife, Halime, which the government may have asserted or recorded as a result of his acting as surety for Fawzi's bond.

d) The parties shall execute a Consent Order for Dismissal with Prejudice as to Mustapha Assi only in the matter of **USA vs. Fawzi Assi, et al**, United States District Court Case No. 98X73486.

e) It is the intent of the parties that any rights or obligations between them arising from the surety bond and Agreement to Forfeit Property be forever

2

extinguished upon fulfillment of the terms of this Agreement.

                SAUL A. GREEN
                UNITED STATES ATTORNEY

By: _____
      JACQUELINE M. HOTZ
      Assistant U. S. Attorney

_____    _____
                                  MUSTAPHA ASSI, a/k/a Mustapha M. Assi,
                                  a/k/a Mustapha Mahmoud Assi

_____
JEFFREY D. PEPPER

STATE OF MICHIGAN)
                   ) SS.
COUNTY OF WAYNE )

     The foregoing instrument was acknowledged before me this _____ day of February, 1999, by Jacqueline M. Hotz, Assistant U. S. Attorney.

_____
Notary Public, Wayne County, MI
My Commission Expires:

STATE OF MICHIGAN)
                   ) SS.
COUNTY OF WAYNE )

     The foregoing instrument was acknowledged before me this 10th day of February,

3

1999, by Mustapha Assi, a/k/a Mustapha M. Assi, a/k/a Mustapha Mahmoud Assi.

*Constance L. U'Ren*
Constance L. U'Ren
Notary Public, Wayne County, MI
My Commission Expires: 2/15/02

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED

❏ EXHIBITS _____

❏ TRANSCRIPTS _____

❏ ELECTRONIC MEDIA _____

❏ OTHER _____